McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 30, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:

A. The residence located at 2080 E. 6th Street, Stockton, California;

B. The person of Clayton Eugene HOWARD, DOB: **-**-1975, California Driver's License #****0430;

C. The 2001 Chevrolet Corvette, dark green, California License Plate #4WHK629

CASE NO: 2:20-SW-0320 KJN

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: October 30, 2020

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT

1